# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| David Kim, Seunghoon Han, Jinsung Lee, Sungsoo Lee, and James Choi on behalf of themselves and all others similarly situated,<br><br>           Plaintiff,<br>v.<br><br>Y.S. Happy Corp, Young Chung Chun, Phil Sook Cho, and Yang Hwan Cho,<br>           Defendants, | Index No. 22-CV-01368(ENV)(PK)<br><br><br><br><br>**RULE 68 JUDGMENT** |

**WHEREAS**, pursuant to Rule 68 of the Federal Rules of Civil Procedure, Y.S. Happy Corp, Phil Sook Cho, and Yang Hwan Cho (collectively, "Defendant"), having offered to allow David Kim, Seunghoon Han, Jinsung Lee, Sungsoo Lee, and James Choi ("Plaintiffs") to take a judgment against them, in the sum of Two Hundred Thousand Dollars and No Cents ($200,000.00), with respect to Plaintiffs' claims for relief, damages, reasonable attorney's fees, expenses and prejudgment interests accrued to the date of this offer, in accordance with the terms and conditions of Defendants' Rule 68 Offer dated November 8, 2022, and filed as Docket Number 14-1;

**WHEREAS**, on November 9, 2022, Plaintiffs' attorney having confirmed Plaintiffs' acceptance of Defendants' Offer of Judgment (Dkt. No. 14);

It is **ORDERED and ADJUDGED,** that judgment is entered in favor of Plaintiffs David Kim, Seunghoon Han, Jinsung Lee, Sungsoo Lee, and James Choi in the sum of Two Hundred Thousand Dollars and No Cents ($200,000.00), in accordance with the terms and conditions of Defendants' Rule 68 Offer dated November 8, 2022, and filed as Docket Number 14-1.

Dated: November 14, 2022  
Brooklyn, New York

BRENNA B. MAHONEY  
CLERK OF COURT

By: *Jalitza Poveda*  
      Deputy Clerk